JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.916.3330
Attorney for Defendant Cabrera Ruano

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff,vs.DEIVIN CABRERA RUANO      Defendant. | CASE NO: 2:23-mj-00109-BNW***STIPULATION TO CONTINUE STATUS REPORT DATE*** |

   IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney, and IMANI DIXON, counsel for the United States of America; JOHN MILLION TURCO, counsel for Defendant, DEIVIN CABRERA RUANO; that the status report date currently scheduled for November 24, 2023 at 9:00 a.m. be vacated for at least fourteen (14) days and set to a date and time convenient to the Court.

   This Stipulation is entered into for the following reasons:

   1. Defendant is gathering documentation on the requirements fulfilled.

   2. Defendant does not object to the request for continuance.

   3. The government does not oppose the request for the continuance.

4. Denial of this request for continuance would deny the defendant an opportunity to fully satisfy his agreed upon requirements. As a Spanish speaker the Defendant has had difficulty accessing all required materials.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the status report date filed herein.

DATED this 21st day of November, 2023

                                                                           JASON FRIERSON
                                                                           UNITED STATES ATTORNEY

John Million Turco                            Imani Dixon
/s/_____        /s/_____
JOHN MILLION TURCO, ESQ.       IMANI DIXON
Nevada Bar No.6152                      Assistant United States Attorney
Attorney for Defendant Cabrera Ruano

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:23-mj-00109-BNW |
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| DEIVIN CABRERA RUANO | ) | |
| Defendant. | ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Defendant is gathering documentation on the requirements fulfilled.

2. Defendant does not object to the request for continuance.

3. The government does not oppose the request for the continuance.

4. Denial of this request for continuance would deny the defendant an opportunity to fully satisfy his agreed upon requirements. As a Spanish speaker the Defendant has had difficulty accessing all required requirements.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the status report date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the Defendant herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for and complete his requirements, taking into account the exercise of due diligence.

The continuance sought herein excludable under the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(8)(B)(iv).

**ORDER**

**IT IS HEREBY ORDERED** that the status report date currently schedule for November 24, 2023 at the hour of 9:00 a.m. be vacated and continued to  December 11, 2023  at the hour of  12:00 p.m.

DATED AND DONE this  27  day of November, 2023



Respectfully Submitted By:

/s/ John Million Turco
_____
John Million Turco, Esq.
Nevada Bar No. 6152
Attorney for Defendant Cabrera Ruano