JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEIVIN A. CABRERA RUANO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.:   2:23-MJ-109-BNW <br><br> **JOINT STATUS REPORT** |

Plaintiff, UNITED STATES OF AMERICA, by and through Jason M. Frierson, United States Attorney and Imani Dixon, Esq., Assistant United States Attorney, and Defendant, DEIVIN A. CABRERA RUANO, by and through his counsel, John Turco, hereby files this Joint Status Report and jointly request that a Status Check Hearing be scheduled at this court's convenience.

1. On or about May 24, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Reckless Driving, in violation of 36 C.F.R. § 4.2(b); NRS 484.653(1). *See* ECF No. 11.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete a eight (8) hour online alcohol

awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws. If defendant successfully completed these conditions within the first six (6) months of his unsupervised probation, the government would move to amend Count One to a charge of Unsafe operations, a violation of 36 C.F.R. § 4.22(b)(1).

3. On May 24, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 8.

4. Since commencing his term of unsupervised probation, defendant has not successfully completed any of his required conditions.

5. The parties jointly request that a Status Check Hearing be set.

DATED this 11th day of December, 2023.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

 /s/ John Turco                           /s/ Imani Dixon
JOHN TURCO, ESQ.                  IMANI L. DIXON, ESQ.
Attorney for Defendant             Assistant United States Attorney

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.:   2:23-MJ-109-BNW |
| vs. | ) |
| | ) **ORDER** |
| DEIVIN A. CABRERA RUANO, | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED that a Status Check Hearing be scheduled for 1/4/2024 at 10:00 am.

DATED this ___14___ day of December, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3